**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **DOREEN L. HUSKEY,** | ) | **CASE NO. 4:07CV3253** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| **MICHAEL J. ASTRUE,** | ) | |
| **Commissioner of the Social Security** | ) | |
| **Administration,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's Second Motion for Extension of Time to Respond to Plaintiff's Brief (Filing No. 15). The Defendant requests a continuance from May 19, 2008, until June 18, 2008. The Defendant informs the Court that Plaintiff's counsel was contacted and has no objection to the second requested extension. Accordingly,

IT IS ORDERED:

1. The Defendant's Motion for Extension of Time to Respond to Plaintiff's Brief (Filing No. 15) is granted; and

2. The Defendant's response shall be filed on or before June 18, 2008.

DATED this 20th day of May, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge